UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Highline Innovation Investment Partnership, LLC

v.                                    Civil No. 4:21-cv-00615-ALM

Biolert, LTD. et al

CLERK'S ENTRY OF DEFAULT

On this __17th__ day of __November__, 20 __21__, it appearing from the affidavit(s) in support of default of __Robert Dean Kiddie, Jr__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Biolert, Ltd.

DAVID A. O'Toole, CLERK

By: __M. McIntyre__
Deputy Clerk

p:\DFLT.ord