# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| HIGHLINE INNOVATION INVESTMENTS PARTNERSHIP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 4:21-CV-00615-ALM<br>) |
| BIOLERT, LTD, GUY WILNAI, RUBEN KUZNIECKY, URI KRAMER and HEZY SHALEV, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants Dr. Ruben Kuzniecky's, Guy Wilnai's, and Hezy Shalev's Consolidated Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) and 9(b) (Dkt. #12)  Plaintiff's First Amended Complaint (Dkt. #20) was filed on November 16, 2021.

It is therefore ORDERED that Defendants Dr. Ruben Kuzniecky's, Guy Wilnai's, and Hezy Shalev's Consolidated Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) and 9(b) (Dkt. #12) is denied as moot.

**IT IS SO ORDERED.**
 **SIGNED** this 6th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE